# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 5, 2024

Lyle W. Cayce
Clerk

———————

No. 24-10051

———————

Mohmad Tamimi, *doing business as* Dallas Entertainment, L.L.C.,

*Plaintiff—Appellant*,

*versus*

Giancarlo Messina,

*Defendant—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-614

———————————————————————

Before Southwick, Haynes, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Plaintiff-Appellant Mohmad Tamimi filed suit against Defendant-Appellee Giancario Messina, Defendant William Pletch, Defendant Carlos Bethencourt, and Defendant Carlos Bethencourt Entertainment, LLC, for breach of contract, fraud, and negligent misrepresentation. Messina moved to dismiss for lack of personal jurisdiction, and the district court granted

———————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10051

Messina's motion, finding it lacked both general and specific personal jurisdiction. Largely for the reasons stated by the district court, we AFFIRM.